THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: December 27, 2019



G. Michael Halfenger
Chief United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN
Court Minutes and Order

| | |
|---|---|
| CHAPTER: | 7 |
| DATE: | December 16, 2019 |
| | December 17, 2019 |
| | December 18, 2019 |
| | December 19, 2019 |
| JUDGE: | G. Michael Halfenger |
| CASE NO.: | 16-21329 |
| DEBTOR: | Michael A. Gral |
| ADV. CASE NO.: | 19-2146 |
| PLAINTIFF: | Patrick S. Layng |
| DEFENDANT: | Michael A. Gral |
| NATURE OF HEARING: | Adversary trial |
| APPEARANCES: | Jonathan Goodman, appearing for the debtor |
| | Michael Gral, debtor |
| | Laura Steele, appearing for the United States trustee |
| | Vince Morelli, auditor for the United States trustee (appearing on December 16, December 17, and part of December 18) |
| COURTROOM DEPUTY: | Sara Hackbarth |
| LAW CLERK: | Shay A. Agsten |

On December 16, 2019, through December 18, 2019 the court held a trial in this adversary proceeding. The parties presented closing arguments on December 19, 2019.

A recording of the trial is posted to the docket.

Defendant moved for a judgment as a matter of law once the plaintiff's case closed. The court took that motion under advisement on Monday, December 16 and denied it on December 17, 2019, for the reasons stated on the record.

The United States trustee presented testimony from Michael Gral and Vince Morelli. Michael Gral presented testimony from Vince Morelli and Michael Gral.

An exhibit list will be filed separately.

The court took this matter under advisement on December 19, 2019.

# # # # #