THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: December 31, 2019



G. Michael Halfenger
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

    Michael A. Gral,                               Case No. 16-21329-GMH
                                                  Chapter 7

        Debtor.

Patrick S. Layng,

        Plaintiff,

        v.                                        Adv. Proc. No. 19-02146-GMH

Michael A. Gral,

        Defendant.

**ORDER FOR JUDGMENT**

On December 31, 2019, the court announced an oral ruling in this adversary

proceeding. For the reasons stated on the record, the court finds that plaintiff United States trustee has failed to meet his burden to prove that the discharge should be denied to Defendant Michael Gral pursuant to 11 U.S.C. §727(a)(4)(A), and the plaintiff's objection to discharge is overruled.

Accordingly, IT IS HEREBY ORDERED AS FOLLOWS: The Clerk of Court shall enter a judgment in favor of Michael Gral declaring that the United States trustee's objection to discharge is overruled and dismissing this case on the merits and with prejudice as to Michael Gral.

#####